Case No. CV-17-4888-MWF-ASx     Date: July 6, 2017
Title: Jonathan Cy -v.- LGO Hospitality, LLC and Bonnie Joanne Miller

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):** ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTON

Before the Court is Plaintiff's Complaint against Defendants LGO Hospitality, LLC and Bonnie Joanne Miller ("Miller"), filed on July 3, 2017. ("Complaint," Docket No. 1).

This Court has a *sua sponte* obligation to confirm that it has subject matter jurisdiction in its pending cases. In his Complaint, Plaintiff alleges subject matter jurisdiction on the basis of diversity jurisdiction, 28 U.S.C. § 1332. (Complaint at 1). Plaintiff claims to be a resident of Santa Monica, California. (*Id.*). Plaintiff also alleges that Defendant Miller is a resident of Santa Monica, California. (*Id.* at 2). Therefore, these parties both appear to be citizens of California. The Complaint thus fails to allege complete diversity as required by § 1332.

Accordingly, Plaintiff has not adequately alleged that the Court has subject matter jurisdiction over this action. This action is **DISMISSED** *without prejudice* for lack of complete diversity jurisdiction.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.